NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PLEXXIKON INC.,**

*Plaintiff-Appellee*

v.

**NOVARTIS PHARMACEUTICALS CORPORATION,**

*Defendant-Appellant*

---

2023-1113

---

Appeal from the United States District Court for the Northern District of California in No. 4:17-cv-04405-HSG, Judge Haywood S. Gilliam, Jr..

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2         PLEXXIKON INC. v. NOVARTIS PHARMACEUTICALS
CORPORATION

(2)  Each side shall bear their own costs.

FOR THE COURT

December 27, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 27, 2023